# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK JOHNSON,<br>**Plaintiff,**<br><br>v.<br><br>VERIZON SERVICES CORPORATION<br>and VERIZON DATA SERVICES LLC,<br>**Defendants.** | CIVIL ACTION<br><br><br><br>NO. 16-1023 |

## O R D E R

**AND NOW**, this 18th day of April, 2017, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 20, filed March 3, 2017), Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment (Doc. No. 21, filed March 31, 2017), and Memorandum of Law in Further Support of Defendants' Motion for Summary Judgment (Doc. No. 24, filed April 14, 2017), for the reasons set forth in the accompanying Memorandum dated April 18, 2017, **IT IS ORDERED** that Defendants' Motion for Summary Judgment is **DENIED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois
_____
DuBOIS, JAN E., J.